# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANTHONY GORDON**  **PETITIONER**
**ADC #176469**

v.  Case No. 4:21-cv-00963-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**  **RESPONDENT**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge Edie Ervin (Dkt. No. 3). Petitioner Anthony Gordon has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law. The Court dismisses without prejudice Mr. Gordon's petition for a writ of habeas corpus (Dkt. No. 2). The relief requested is denied. Mr. Gordon's motion to proceed *in forma pauperis* is denied as moot (Dkt. No. 1). Mr. Gordon has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(1)-(2), and the Court denies a certificate of appealability.

It is so ordered this 17th day of January, 2023.

*[signature]*
Kristine G. Baker
United States District Judge