# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANTHONY GORDON**                                                                                    **PETITIONER**
**ADC #176469**

v.                                      Case No. 4:21-cv-00963-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                                  **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that petitioner Anthony Gordon's petition for a writ of habeas corpus is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 17th day of January, 2023.

_____
Kristine G. Baker
United States District Judge